Edward J. Florio, Esq. (#25311987)
FLORIO KENNY RAVAL, L.L.P
125 Chubb Avenue, Suite 310 - N
Lyndhurst, New Jersey 07071
(201) 659-8011
Attorneys for Defendants: Irvington Police Department, Irvington Township, Det. Mitchell Molina, Det. Christopher Jenkins and Det. Brechner Jeannot

|  |  |
|---|---|
| SHAMIRA GREEN,<br><br>        Plaintiff,<br><br>vs.<br><br>IRVINGTON POLICE DEPARTMENT, IRVINGTON TOWNSHIP, DET. MITCHELL MOLINA, DET. CHRISTOPHER JENKINS, DET. BRECHNER JEANNOT, JOHN DOES 1-100 ET AL.,<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO.: 2:26-cv-00065-ES-LDW<br><br>CIVIL ACTION<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |

TO:   SHAMIRA GREEN
      70 SOUTH BURNET ST., APT. 4K
      EAST ORANGE, NJ 07018
      PRO SE PLAINTIFF

**PLEASE TAKE NOTICE** that, on April 6, 2026 or soon thereafter as counsel may be heard, DEFENDANTS, IRVINGTON POLICE DEPARTMENT, IRVINGTON TOWNSHIP, DET. MITCHELL MOLINA, DET. CHRISTOPHER JENKINS and DET. BRECHNER JEANNOT, ("DEFENDANTS") by and through its counsel, Florio Kenny Raval, L.L.P., shall move before the United States District Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102 for entry of an Order dismissing the Amended Complaint of PLAINTIFF, SHAMIRA GREEN ("PLAINTIFF"), with

{01227246}

prejudice, as well as any and all crossclaims, as to DEFENDANTS; and

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, DEFENDANTS shall rely upon the accompanying Brief, and Certification of Counsel attached herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that DEFENDANTS respectfully requests oral argument.

FLORIO KENNY RAVAL, L.L.P.

*/s/ Edward J. Florio*

EDWARD J. FLORIO, ESQ.
ATTORNEYS FOR DEFENDANTS: IRVINGTON POLICE DEPARTMENT, IRVINGTON TOWNSHIP, DET. MITCHELL MOLINA, DET. CHRISTOPHER JENKINS AND DET. BRECHNER JEANNOT

Dated:    February 17, 2026

{01227246}2   00990804